LODGED

1   MARTHA JO PETERS
2   GENERAL DELIVERY
3   27931 Radford Dr.                2013 JUN -7 AM 11:50
4   Sun City, Ca. 92586
5   Tel. 951-287-7116               CLERK U.S. DISTRICT COURT
6    NO EMAIL OR FAX                CENTRAL DIST. OF CALIF.
                                        RIVERSIDE
7                                  BY:_____
8              FEDERAL COURT OF THE UNITED STATES
9           STATE OF CALIFORNIA, CITY OF RIVERSIDE
10
11
12  MARTHA JO PETERS,
13           Plaintiff
14
15  v.              ED CV 13 - 01022
16
17  RUPERT MURDOCH,
18  NEWS CORPS & ITS HOLDINGS;
19  GREEN DOT CORPORATION;
20  CHAD ABBLEY;
21  KAMALA HARRIS;
22  MARTIN HAGAN;
23  RIVERSIDE SUPERIOR COURT;          Case No.
24  JUDGE RONALD TAYLOR;
25  JUDGE SHARON WATERS;
26  JUDGE DANIEL OTTOLIA;              IDENTITY THEFT /
27  JUDGE CRAIG REIMER;               CREATION & DISTRIBUTION OF
28  JUDGE JOHN VINEYARD;                    OBSCENE CONTENT/
29  JUDGE GLORIA TRASK;               NEGLIGENCE /
30  COMMISSIONER BARKLEY              RICO ACT VIOLATIONS /
31  JUDGE DAVID COHN                  FOREIGN CORRUPT PRACTICES
32                                         ACT VIOLATIONS /
33                                    UNJUST ENRICHMENT /
34                                    ABUSES OF PROCESS /
35                                    OBSTRUCTIONS OF JUSTICE /
36                                    SLANDER /
37                                    MALICIOUS WRONGFUL
38                                    DECLARATION OF
39                                    VEXATIOUSNESS IN ORDER TO
40                                    RETALIATE & OBSTRUCT
41                                    JUSTICE
42
43

1

1    **INTRODUCTION**
2
3    Plaintiff Martha Jo Peters has lived an upright and achievement focused life. She served
4    in the U.S. Marine Corps during the final years of the Vietnam War, and used the GI Bill
5    to earn a bachelor's degree in fine arts. She then earned the tuition to complete another
6    five years of college to complete a Master's Degree in Educational Administration, while
7    working full time as well. She still persisted with both full time teaching and full time
8    college classes to earn her Ph.D. in Educational Administration. She then turned her
9    attention to law studies, completing her J.D. at California Southern Law School in
10   Riverside. She taught in Riverside county school districts for over twenty years, ending
11   with 12 years in Lake Elsinore Unified School District. She is certified in bilingual /
12   bicultural instruction and over the years has taught many non-English speaking students
13   from all parts of the planet. She lived in Perris and Gavilan Hills for decades, and has
14   become a widow, having lost her one and only husband to cancer in 1999 in just 30 days.
15   Her primary home burned down, she sold the land, retired with almost a million cash. She
16   put that cash into the stock market in accounts with Scottrade and lost it all in the stock
17   market bust of 2008. On the day when Bear Stearns and Lehman Brothers collapsed, so
18   did her accounts. She then lost her second inherited home, to a wrongful foreclosure. She
19   now is penniless and homeless, and has been without employment since 2006, with the
20   exception of six months of work with two different employers of three months each. She
21   lost those two jobs during a time when obscene content was being distributed on the
22   internet on Rupert Murdoch's MySpace.com company web site under her stolen identity.
23   She was ruined because of this obscene content on the internet for such a long time
24   period. All the employers she was applying were doing routine internet searches of her
25   name for pre-employment and post -employment checks, and saw the obscene content,
26   deciding not to interview, hire or keep her employed.
27
28   The Plaintiff has lived a nightmare since 2006, and it is continuing to this day. She has
29   taken her complaints to the court only to have the court deprive her of full and fair
30   hearings and due process. The judges of the court have behaved in extremely hostile
31   ways toward her and have demurred without leave to amend many of her well supported
32   causes of action. As a result of her efforts to find justice and some measure of recovery,

2

1   she has even been stripped of all her basic constitutional rights and branded unjustly as
2   being vexatious. She has felt as if she has taken a time traveling adventure back into the
3   Middle Ages when the inquisition was running rampant and there was no justice, only
4   torments. At this point, the Plaintiff is exhausted but determined to obtain some level of
5   justice for the harms done to her by Rupert Murdoch, Chad Abbey, the Riverside
6   Superior Court, its judges, and the Attorney General's office as well. No one deserves the
7   wrongs that have been done to the Plaintiff and certainly not the harsh treatment heaped
8   upon her by the court itself. Something needs to be done to ensure that some measure of
9   fairness is shown to the Plaintiff, who has done no wrong to anyone whatsoever.

10
11   I.   **IDENTITY THEFT BY CREATION AND DISTRIBUTION OF**
12        **OBSCENE CONTENT/MATERIALS ACROSS STATE LINES BY**
13        **RUPERT MURDOCH & CHAD ABBLEY**
14
15   Both California and the Federal government have statutes against identity theft. In our
16   state, identity theft crime fall under Penal Code Section 528-539, also referred to as the
17   California Identity Theft Statute. Plainly stated, in California, it is against the law to use
18   someone else's identifying information for unlawful purposes.

19
20   President Bush in 2008 signed into law a bill that seeks to make it easier for prosecutors
21   to go after cyber crooks, while ensuring that identity theft victims are compensated for
22   their time and trouble when convicted identity thieves are forced to cough up ill-gotten
23   gains.

24
25   **The Identity Theft Enforcement and Restitution Act of 2008** lowers the bar
26   prosecutors need to clear before bringing hacking and other cybercrime charges against
27   an individual. Under current federal cybercrime laws, prosecutors must show that the
28   illegal activity caused at least $5,000 in damages before they can bring charges for
29   unauthorized access to a computer. The new law eliminates that requirement.

30
31   The law makes it a felony, during any one-year period, to damage 10 or more protected
32   computers used by or for the federal government or a financial institution, and directs the
33   U.S. Sentencing Commission to review its guidelines and consider increasing the

1   penalties for those convicted of identity theft, computer fraud, illegal wiretapping or

2   breaking into computer systems.

3

4   The new law also allows federal courts to prosecute when the cybercriminal and the

5   victim live in the same state. Under current law, federal courts only have jurisdiction if

6   the thief uses interstate communication to access the victim's PC. In addition, the law also

7   expands the definition of cyber-extortion.

8

9   Identity theft victims could find it easier to win compensation for their trouble as a result

10  of this law, assuming their attackers are brought to justice. The law requires that in cases

11  where convicted identity thieves are ordered to pay restitution, the victim should get a

12  chunk of that money "equal to the value of the time reasonably spent by the victim in an

13  attempt to remediate the intended or actual harm incurred by the victim from the

14  offense."

15

16  Some ID theft victims can spend thousands of dollars and months or years dealing with

17  credit bureaus and debtors from accounts fraudulently opened in their names, but the law

18  doesn't appear to take into account lost opportunities associated with identity theft.

19  According to the Federal Trade Commission, some consumers victimized by identity

20  theft may lose out on job opportunities or be denied loans for education, housing or cars

21  because of negative information on their credit reports. In rare cases, they may even be

22  arrested for crimes they did not commit.

23

24  In the instant case of Peters v. Murdoch et al, the Plaintiff has been the victim of identity

25  theft for over four years with additional years of damages still ongoing. She has lost jobs,

26  been unable to secure replacement employment, and been financially ruined because of

27  the professional and personal reputation damage done by the identity thieves Murdoch

28  and Abbley. She is likely to continue experiencing damage for the rest of her life unless

29  the courts can provide her with relief and recovery sufficient to rebuild her destroyed life

30  and loss of all chances of any avenues to generate income through the only profession she

31  has had during her long career as an educator. Redress is urgently needed by this

1    Plaintiff, who is not approaching 67 years of age, having lost income for seven years not
2    due to the harms done which began in August 2006.Now, in the spring of 2013, her life
3    circumstances are bleak and growing more so by the day.

4    Distribution of obscene content / materials is one of the crimes listed as one falling within
5    the RICO list of crimes. It is common for a person or organization engaging in such
6    crimes to arrange or set up circumstances so that the leader or owner of the organization
7    is not the one who does the actual criminal acts; this is the way that mob / criminal
8    organizations operate, so that the owner or head of the enterprise maintains a detachment
9    from liability. However the RICO act cuts through such machinations to hold the owner
10   or head of the organization accountable. Passing the blame to underlings or third parties
11   will not be allowed to enable the RICO criminal to escape the full responsibility. In this
12   case, the MySpace.com web site company was owned by Rupert Murdoch. He took no
13   action to prevent the already proven pornography put on his web site by members of the
14   web site. He intentionally turned a blind eye, a willful blindness as the Levenson
15   commission in England declared when it declared that Rupert Murdoch was 'unfit to run
16   an international company'. As a result of the Levenson investigation and hearings,
17   Murdoch recently paid over $350 Million in settlements to the many individuals harmed
18   by his wrongdoings which included invasions of privacy, pornography, bribery of
19   government officials as high as the Prime Minister and Ministers of Culture, police
20   commissioners and officers, and many others who had connections to information which
21   Murdoch wanted in order to make profits off the distress of those he targeted. He even
22   was accused by a very successful young girl singer who he hired to sing at this wedding
23   to his Chinese bride. This young girl charged Murdoch with directing a photographer to
24   take photos up her skirts of her private body parts. She had no reason to lie about this and
25   it has been reported in the news and not disputed by Murdoch. He is essentially nothing
26   but a disgusting ugly old man whose money and lifetime of privilege has led him to
27   believe that no one has any rights and are his to use for what he wants. This Plaintiff is
28   determined to make him pay for the harm he has done to since 2006. She demands he
29   redress her losses and demands that the public be protected from this monster who will
30   injure anyone just as he has the Plaintiff. In the role of Private Attorney General, the
31   Plaintiff will be content with only the costs of the litigation, her attorney fees, and any

1    associated costs including expert witnesses, witnesses from England and Russia and any
2    other country where he has bribed government officials or committed RICO and FCPA
3    type offenses in his drive to make ever more money at the expense of innocent members
4    of the public. The Plaintiff wishes to declare to Mr. Murdoch: I am not afraid of you or
5    your legions of attorneys. No matter what underhanded dirty legal distortions you dredge
6    up from the bottom of your slime pit, such as the recent wrongful use of the vexatious
7    litigant statute to retaliate against me in concert with your paid off Attorney General, I
8    will not go away. I will continue to pursue actions against you until justice is honored."
9    The only way you will be free of me, since you targeted me as your victim, is to kill me
10   as those two whistleblower reporters were killed within two weeks after exposing your
11   hacking of royal family members and celebrities. I do not believe you are going to be
12   able to dispense with me in that way. It would be so simple for you to offer a settlement
13   and a letter of apology acknowledging my innocence of the obscene content distributed
14   on your company's site without my awareness or authorization. I am seeking recovery
15   under the unjust enrichment by disgorgement of the profits you made with banner ads on
16   those pages titled with the use of my name, photographic likeness, and personal
17   information. For the welfare of the public, I am seeking a judgment against you for
18   violations of both the RICO Act and the FCPA (Foreign Corrupt Practices Act). This will
19   serve to provide some measure of protection for the public at large from your evil and
20   senseless crimes.

21
22   **II.    NEGLIGENCE BY RUPERT MURDOCH**
23
24   Negligence requires a duty owed by the defendant to the plaintiff. A business owner owes
25   a duty to conduct his business in a manner which does not cause harm to consumers who
26   transact business with his company and to members of the general public who may be
27   harmed by the way in which he runs his company. In this case, Rupert Murdoch owned
28   MySpace.com, an internet social media company, which had members who had signed
29   up to be members by filling out information and agreements to conform with the rules of
30   use. The rules for use required members to agree to refrain from posting content which
31   would cause harm to other members or to non-members. Most social media web site
32   companies also prohibit obscene content, and some had filters to prevent the posting of

1   such content. When obscene or pornographic content is allowed, it requires an age

2   verification filter box which pops up for the viewer to verify an age to prove they are old

3   enough to view such materials. When the Plaintiff discovered the harmful web pages by a

4   simple Google search of her name, the first three links which popped up included the

5   MySpace.com site under her name. When she clicked on the link, the home page of the

6   site opened up immediately, with no age verification box first. She then saw the obscene

7   photos showing sex acts with full genitalia exposed in full color. She was stunned and at

8   once cried out in despair, "Oh my God! No wonder no one will hire me!" and she knew

9   immediately what the EDD manager Lynn Blackburn saw when she had told the Plaintiff

10   she had 'just googled your name". The Plaintiff was terminated at the end of that month

11   in which the EDD manager informed her of the search.

12
13
14   **III.   RICO   ACT   VIOLATIONS   &   FCPA   (FOREIGN   CORRUPT**
15   **PRACTICES ACT) VIOLATIONS BY RUPERT MURDOCH**
16
17   **A. RICO ACT VIOLATIONS**
18
19   Rupert Murdoch has already been held liable for invasions of privacy, bribery of law

20   enforcement and political officials even at high levels of office, and distributions of

21   obscene content in other cases in England and in the U.S. In fact, approximately 40 state

22   attorneys general met with Murdoch and his company representatives in 2008 to address

23   their concerns over the repeated pornography put forth on his MySpace.com web site. At

24   this conference, Murdoch made a promise to them that from that date forward, he would

25   have his company employees review every photo uploaded prior to posting them to the

26   site, in order to insure that no obscene photos would be distributed on his MySpace.com

27   web site. He breached that promise, because the obscene content on the web pages titled

28   with the Plaintiff's identity / name continued to be distributed with obscene photos posted

29   on them after the promise he made. He was thus negligent and in fact liable for

30   negligence per se for having violated both identity theft laws and laws prohibiting the

31   distribution of obscene content across state lines. The RICO act applies to companies

32   which engage in numerous acts of crimes listed as falling subject to RICO applicability.

1   Information was found by the Plaintiff that attests to a donation made by Rupert Murdoch

2   to the California State Attorney General during 2011, when the complaint the Plaintiff

3   was engaged in a lawsuit against the California Employment Development Department,

4   which was being represented by the State Attorney General's office, by defense counsel

5   and Deputy Attorney General Martin Hagan, who follows the directives of his superior,

6   Kamala Harris, the State Attorney General. This donation followed by a granting of a

7   demurrer without leave to amend to the EDD. Not that much of a surprise, is it? If the

8   Plaintiff had prevailed, then Murdoch would be held liable for the loss of her

9   employment, since the Plaintiff's valid claim was that the obscene content on Murdoch's

10  MySpace.com website under her name was the real reason she was unjustly terminated.

11  So Murdoch had an interest in insuring that the Plaintiff did not prevail in the Peters v.

12  EDD et al complaint. Discovery in that case was denied though requested a number of

13  times, and even her appeal of the dismissal of claims against five defendants was denied

14  in violation of the final judgment rule.

15

16  Under RICO, a person who is a member of an enterprise that has committed any two of

17  35 crimes—27 federal crimes and 8 state crimes—within a 10-year period can be charged

18  with racketeering. Those found guilty of racketeering can be fined up to $25,000 and

19  sentenced to 20 years in prison per racketeering count. In addition, the racketeer must

20  forfeit all ill-gotten gains and interest in any business gained through a pattern of

21  "racketeering activity." RICO also permits a private individual harmed by the actions of

22  such an enterprise to file a civil suit; if successful, the individual can collect treble

23  damages (damages in triple the amount of actual/compensatory damages). Included in the

24  list of crimes which fall within the RICO list of crimes are identity theft and the

25  distribution of obscene materials / content, which are the acts which the Defendant

26  Murdoch and Abbley have done jointly and severally.

27

28  When a claim of RICO ACT violations is made, the prosecuting attorney has the option

29  of seeking a pre-trial restraining order or injunction to temporarily seize a defendant's

30  assets and prevent the transfer of potentially forfeitable property, as well as require the

31  defendant to put up a performance bond. This provision was placed in the law because

8

1   the owners of Mafia-related shell corporations often absconded with the assets. An

2   injunction and/or performance bond ensures that there is something to seize in the event

3   of a guilty verdict.

4

5   Under the law, the meaning of racketeering activity is set out at 18 U.S.C. § 1961. As

6   currently amended it includes:

7

8   **Any violation of state statutes against** gambling, murder, kidnapping, extortion,

9   arson, robbery, **bribery**, **dealing in obscene matter**, or dealing in a controlled

10  substance or listed chemical (as defined in the Controlled Substances Act);

11  **Any act of bribery**, counterfeiting, theft, embezzlement, fraud, **dealing in**

12  **obscene matter**, **obstruction of justice**, slavery, racketeering, gambling, money

13  laundering, commission of murder-for-hire, and **several other offenses covered under**

14  **the Federal criminal code (Title 18)**;

15  Embezzlement of union funds;

16  Bankruptcy fraud or securities fraud;

17  Drug trafficking; long-term and elaborate drug networks can also be prosecuted using the

18  Continuing Criminal Enterprise Statute; Criminal copyright infringement;

19  Money laundering and related offenses;

20  Bringing in, aiding or assisting aliens in illegally entering the country (if the action was

21  for financial gain);

22  Acts of terrorism.

23

24  A pattern of racketeering activity **requires at least two acts of racketeering activity**,

25  one of which occurred after the effective date of this chapter and the last of which

26  occurred within ten years (excluding any period of imprisonment) after the commission

27  of a prior act of racketeering activity. The U.S. Supreme Court has instructed federal

28  courts to follow the continuity-plus-relationship test in order to determine whether the

29  facts of a specific case give rise to an established pattern. Predicate acts are related if they

30  "have the same or similar purposes, results, participants, victims, or methods of

31  commission, or otherwise are interrelated by distinguishing characteristics and are not

32  isolated events." (H.J. Inc. v. Northwestern Bell Telephone Co.) Continuity is both a

33  closed and open ended concept, referring to either a closed period of conduct, or to past

34  conduct that by its nature projects into the future with a threat of repetition.

35

36  The Application of RICO laws

37

1    Although some of the RICO predicate acts are extortion and blackmail, **one of the most**

2    **successful applications of the RICO laws has been the ability to indict or sanction**

3    **individuals for their behavior and actions committed against witnesses and victims**

4    **in alleged retaliation or retribution for cooperating with federal law enforcement or**

5    **intelligence agencies.**

6

7    Violations of the RICO laws can be alleged in civil lawsuit cases or for criminal charges.

8    In these instances charges can be brought against individuals or corporations in retaliation

9    for said individuals or corporations working with law enforcement. Further, charges can

10   also be brought against individuals or corporations who have sued or filed criminal

11   charges against a defendant.

12

13

14   The Plaintiff was 'punished' with a vexatious litigant declaration which felt like a rape in

15   the courtroom where no one but the judge, three defense counsels, the Plaintiff and the

16   court recorder and bailiff were present. It was like an inquisitional hearing with the

17   feeling of a medieval closed proceeding in front of the inquisitor. She was stripped naked

18   of all her due process rights, denied a trial or witnesses, and branded without sufficient

19   adverse rulings, and the adverse rulings which were used were those which the same

20   judges she was suing had ordered, primarily demurrers without leave to amend. The

21   Plaintiff had been so apprehensive and anxiety ridden the night before this heinous

22   hearing that she called the police in response to her fears of what may be done to her at

23   the hearing. She is aware that in the whistleblowing of his company's hacking in

24   England, the two reporters who informed on Murdoch were both found dead in their

25   apartments within just two weeks after. Neither of these deaths were found to be suicides,

26   and no news has been put out about what caused these deaths since the expose occurred,

27   some year or two past. The Plaintiff is afraid for her safety and for the possibility that

28   Murdoch's bribery will lead to some trumped up charges against her and lead to further

29   harms to her both physically, financially, or in terms of arrest or invented charges against

30   her. She is filled with anger over the acts of Murdoch, and his refusal to offer her a

31   settlement for the damages done to her since August 2006. The vexatious litigant

32   declaration was an arranged injustice, which is clarified in this document.

10

1    Murdoch's repeated distributions of obscene content as shown by the agitation of the

2    attorney generals of over 40 U.S. states in 2008, have established that he is a repeat

3    offender and has met the requirement of at least two acts of racketeering activity. Bribery

4    has also been shown as acts he has done a multitude of times, both abroad and in the U.S.

5    as well. He already bribed the California Attorney General's office, whose Deputy was a

6    party involved in the damages done to the Plaintiff by him. After giving her $5000 while

7    the Plaintiff's complaint against the EDD for being terminated after her manager did an

8    internet search of her name and saw the MySpace.com obscenity under the Plaintiff's

9    name on Murdoch's MySpace.com web pages. The complaint was demurred without

10   leave to amend shortly after the Plaintiff sued this Deputy for falsely claiming that the

11   MySpace.com obscene pages belonged to her. Clearly Murdoch was successful in getting

12   what his $5000 paid for: a get out of jail free card, so to speak, courtesy of the Attorney

13   General's office. This is why the Plaintiff now steps into the role of Private Attorney

14   General. She has been stonewalled' by local police and sheriff's department, the local

15   district attorney, the State Attorney General (to whom she submitted complaints online,

16   by phone and by emails), the FBI, the CIA, the DOJ, and even Interpol. She filed a report

17   with the Manhattan District Attorney's cybercrime unit, report # 300000, which has not

18   been acted on at all. No one has responded to her pleas for help or her reports, even when

19   she mailed full color copies of the harmful content. So she has no choice but to take on

20   the prosecution herself for the benefit of both the public at large and for her own benefit

21   as well. A nation cannot survive if crimes against the innocent are not redressed.

22

23        **B. FOREIGN CORRUPT PRACTICES ACT (FCPA) VIOLATIONS**

24

25   Rupert Murdoch violated the Foreign Corrupt Practices Act, as has been held in both

26   Russia and England. In both these countries, he gave bribes to government officials in

27   order to gain an advantage to his American incorporated company which has been listed

28   for years on the American stock exchanges. Russia drove him and his businesses out of

29   their country. England has found him guilty of bribery, invasions of privacy and the

30   victimization of unsuspecting ordinary citizens. He even interfered with the police

31   investigation of a young murdered girl. The FCPA applies to companies incorporated in

32   America and listed on American stock exchanges. Murdoch was held accountable for the

1    bribery in England and also for the invasions of privacy for which he paid the bribes. He
2    has very recently settled the charges for over $350 million.

3    Already he has begun spreading bribe money around, to the State Attorney General of
4    California, whose Deputy was defending the Defendant EDD. In the Plaintiff's view, this
5    puts all the complaints she filed which were dismissed by court under suspicion for
6    abuses of discretion and obstructions of justice.

7

8    The Foreign Corrupt Practices Act of 1977 (FCPA) (15 U.S.C. § 78dd-1, et seq.) is a
9    United States federal law known primarily for two of its main provisions, one that
10   addresses accounting transparency requirements under the Securities Exchange Act of
11   1934 and another concerning bribery of foreign officials.  The FCPA applies to any
12   person who has a certain degree of connection to the United States and engages in foreign
13   corrupt practices. The Act also applies to any act by U.S. businesses, foreign corporations
14   trading securities in the United States, American nationals, citizens, and residents acting
15   in furtherance of a foreign corrupt practice whether or not they are physically present in
16   the United States. In the case of foreign natural and legal persons, the Act covers their
17   actions if they are in the United States at the time of the corrupt conduct. Further, the Act
18   governs not only payments to foreign officials, candidates, and parties, but any other
19   recipient if part of the bribe is ultimately attributable to a foreign official, candidate, or
20   party. These payments are not restricted to just monetary forms and may include anything
21   of value.

22

23   Persons subject to the FCPA: The FCPA includes any U.S. or foreign corporation that has
24   a class of securities registered, or that is required to file reports under the Securities and
25   Exchange Act of 1934; encompassing any individual who is a citizen, national, or
26   resident of the United States and any corporation and other business entity organized
27   under the laws of the United States or of any individual US State, or having its principal
28   place of business in the United States; the FCPA applies to both enterprises and
29   individuals.

30

1    The anti-bribery provisions of the FCPA make it unlawful for a U.S. person, and certain
2    foreign issuers of securities, to make a payment to a foreign official for the purpose of
3    obtaining or retaining business for or with, or directing business to, any person. Since
4    1998, they also apply to foreign firms and persons who take any act in furtherance of
5    such a corrupt payment while in the United States. The meaning of foreign official is
6    broad. For example, an owner of a bank who is also the minister of finance would count
7    as a foreign official according to the U.S. government. Doctors at government-owned or
8    managed hospitals are also considered to be foreign officials under the FCPA, as is
9    anyone working for a government-owned or managed institution or enterprise.
10   Employees of international organizations such as the United Nations are also considered
11   to be foreign officials under the FCPA. There is no materiality to this act, making it
12   illegal to offer anything of value as a bribe, including cash or non-cash items. The
13   government focuses on the intent of the bribery rather than on the amount.
14
15   The FCPA also requires companies whose securities are listed in the United States to
16   meet its accounting provisions. See 15 U.S.C. § 78m. These accounting provisions, which
17   were designed to operate in tandem with the anti-bribery provisions of the FCPA, require
18   corporations covered by the provisions to make and keep books and records that
19   accurately and fairly reflect the transactions of the corporation and to devise and maintain
20   an adequate system of internal accounting controls. An increasing number of corporations
21   are taking additional steps to protect their reputation and reducing exposure by employing
22   the services of due diligence companies. Identifying government-owned companies in an
23   effort to identify easily overlooked government officials is rapidly becoming a critical
24   component of more advanced anti-corruption programs.
25
26   Notable cases of the application of FCPA are with Wal-Mart, BAE Systems, Baker
27   Hughes, Daimler AG, Halliburton, KBR, Lucent Technologies, Monsanto, Siemens,
28   Titan Corporation, Triton Energy Limited, Avon Products, and Invision Technologies.
29
30   Rupert Murdoch has already been investigated in other nations and found to have paid
31   bribes not allowable under the FCPA. For reasons still unknown to the Plaintiff, the U.S.

13

1   government has not yet brought him to account under the FCPA, though a number of

2   high level government officials have been calling for an indictment. The Plaintiff, Acting

3   as Private Attorney General,  hereby files charges of violations of the FCPA by Rupert

4   Murdoch and his organizations.

5

6   **IV.   UNJUST ENRICHMENT / VIOLATION OF FAIR BUSINESS**

7   **PRACTICES / UCL CODES BY RUPERT MURDOCH, NEWS CORP** §

8   **AND ITS HOLDINGS; GREEN DOT CORPORATION** ; CIVIL CODE SEE 3426.3

9                                                                                CALIF (SEE ATTACHMT

10   Unjust enrichment is based upon the quasi-contract principle that a party who has

11   enriched himself at the expense of another has an obligation to pass that enrichment to

12   the person at whose expense the enrichment was gained. In this case, the defendant

13   Rupert Murdoch gathered profits from banner ads placed on web pages distributed by his

14   company, MySpace.com. These banner ads were placed on web pages titled with the

15   Plaintiff's name, adorned with her photograph and filled with personal information about

16   her and her life. The web pages were made to appear as if they belonged to the Plaintiff,

17   yet she did not create them and she had no awareness of them until after they had been

18   distributed continuously for over four years on the worldwide internet. Each click of the

19   page, every minute, hour, day, month, and year of the four years that the site was

20   monetized, resulted in income for the Defendant through the unauthorized use of the

21   Plaintiff's name and identity. Due to the use of her identity, any profits generated through

22   the web pages and the banner ads thereon belong to her under the quasi-contract and

23   unjust enrichment theories. These principles allow an unconscionable enrichment to be

24   remedied with restitution of the income generated awarded to the Plaintiff. As the named

25   Defendants Murdoch and his companies and Green Dot Corp made profits, the Plaintiff

26   was ruined. She has been so badly damaged for seven years that she feels the need to

27   change her identity to shed herself of the prolonged association with the obscene content.

28

29   There are UCL codes which also draw upon violations of fair business practices to

30   support a remedy for the person at whose expense money is made without the proper

31   informed agreements having been made aforehand. In this case, the Plaintiff Martha Jo

32   Peters was the victim of identity theft, and had no idea at all that there were pages on

33   Murdoch's MySpace.com web company site which were created to appear as if they were

1   hers and which were monetized by Murdoch and earning him income from the banner ads

2   placed on the pages titled with her name and containing her personal information. At the

3   same time that Rupert Murdoch was sweeping money from the obscene pages, the

4   Plaintiff's professional and personal reputation were being ruined. She lost two jobs in

5   sequence in just three months each, and was unable to obtain any new employment in her

6   field of education. No one will hire a teacher who has web pages on the internet with

7   obscene, genitalia exposing content. Teachers are held to very high standards.

8   The obscene web pages distributed under the title of the Plaintiff's stolen identity and

9   containing explicit sexual photos showing full nudity and genitalia were published for a

10  period of over four years, from August 6, 2006 through the end of October 2000. That

11  means that for about 1535 days the obscene pages spread ruin to the Plaintiff's personal

12  and professional standing and integrity. She lost jobs due to the obscene material, and

13  has been unable to secure any new employment for years. Now seven years have passed

14  since the damage began, and she now is burdened with a huge unemployment gap as

15  well, which has led her to give up job searching in despair. She will be 67 years old in

16  mid October 2013, and was 60 when the harm was initiated in August 2006.

17

18  The web page was monetized, with banner ads. The banner ad that was on the page when

19  the Plaintiff first discovered it was an ad for Green Dot Visa Credit Cards. Green Dot was

20  using the web pages to advertise its prepaid credit card services, without the awareness of

21  authorization of the Plaintiff to use her name, likeness or personal information. Rupert

22  Murdoch and his companies were generating money each time the page was viewed, in

23  revenue paid by Green Dot. Green Dot also made profits when consumers viewing the

24  pages clicked on the banner ad and purchased Green Dot credit cards. Green Dot and

25  News Corp both rake in millions in profits annually. Not one dime of the profit made

26  with the use of her identity was given to the Plaintiff. She now demands those unjust

27  enrichments made at her expense. Had she been asked to lend her name to such pages, it

28  is unlikely she would have agreed to have her name associated with obscenity. However,

29  if she had no choice but to name a price for the benefit of her name, she would not lend it

30  to the service of obscenity for less than $500 per day, which is what a mediocre hooker

31  might earn in a day on the streets. So, with that being said, she demands that the unjust

15

1   enrichments garnered by Rupert Murdoch and his companies, and Green Dot Corporation

2   be channeled as soon as possible to the Plaintiff at whose expense they were generated.

3   To calculate the unjust enrichment, one might multiply 1535 days times $500 per day, to

4   reach an amount of $767,500 from each of the two named defendants Murdoch et al and

5   Green Dot. It is just that they should pay the Plaintiff what she should justly receive for

6   the unauthorized and unwarranted use of her name to her ruin and great emotional and

7   financial distress.

8

9   **V.    ABUSES  OF DISCRETION & OBSTRUCTIONS OF JUSTICE BY**
10   **THE RIVERSIDE SUPERIOR COURT & ITS JUDGES**
11

12   Riverside Superior Court and its judges have acted with persistent antagonism and

13   hostility toward the Plaintiff, and demurred or shut down her valid and supported claims

14   in order to then declare her vexatious when she called them to account for the misconduct

15   and injustices. The Plaintiff has very good reason to conclude that the motivation for their

16   behavior and unjust rulings was to aid and abet the Defendant Murdoch and his

17   purchased Attorney General to deny the Plaintiff any recovery from the wrongful

18   termination from her job with the EDD after the obscene web pages were viewed by her

19   manager, Lynn Blackburn. Her claim against Wells Fargo for its wrongful intervention

20   into her bankruptcy and its illegal involvement in the foreclosure of her only remaining

21   home due to default on a predatory loan was in the face of her inclusion into the federal

22   and state agreement with Wells Fargo and Wachovia banks as a homeowner to whom

23   compensation was ordered to be paid. She has received that petty compensation, an

24   amount insufficient to pay even one months rent. Yet the court and its judge granted

25   Wells Fargo a demurrer against her. How can state and federal government claim that the

26   bank did a wrong while the Riverside Superior Court and its judge allow it to prevail

27   against her claims? Kaiser was allowed to enforce an arbitration that was held

28   unenforceable in a 2004 California case, so Kaiser's malpractice in not diagnosing the

29   terminal cancer of her husband even when he had just one month left to live, and its

30   complete destruction of all his medical records will go unredressed. I wonder which of

31   the judges would like to experience the death of a spouse and the destruction of medical

32   records in that manner? Where is the common sense and justice ? In the slander claims

1    against the With family, the court's judge declared that accusations of homicide, theft,

2    insurance fraud other such falsehoods were mere opinions. What kind of insane judicial

3    view is that? Where was there any observance of the requirement that the Defendants

4    prove the truth of their statements, as the law on slander per se stipulates. Even the

5    default judgments the Plaintiff won were tampered with by the court such that she will be

6    unable to collect anything. The courts demurrer of the slander charges against Murdoch

7    without leave to amend prevented her from amending the complaint to change the causes

8    of action to illegal identity theft and distribution of obscenity, causing her to lose time in

9    her pursuit of justice, while the court ordered the evidence sealed on grounds that it was

10   obscene. What kind of a court does that, other than one acting in the best interests of the

11   Defendant Rupert Murdoch? The Plaintiff wonders how much remuneration the judges

12   have been given by Murdoch. He is famous for his persistent bribery of anyone who he

13   wants to do things the way he wants. Even the case of Peters v. Smith was yet another

14   absurd example of a complete disregard for due process and full or fair hearings. The

15   judge granted a summary judgment against the Plaintiff when there were still issues in

16   dispute and almost a hundred objections not reviewed or ruled on by the judge. The

17   Plaintiff lost the entirety of her life savings, her retirement funds, through margin trading

18   at a time when the market was at its most volatile conditions.The attorney she hired to

19   sue the brokerage for violating the NYSE and NASDAQ rule that a brokerage "know its

20   client" and refrain from placing its client into inappropriately hhigh risk types of accounts

21   despite being inexperienced in such accounts, failed to act in the Plaintiff's highest and

22   best interests, and for a loss of almost $900,000, the attorney accepted a settlement offer

23   of only $10,000 and put the Plaintiff under duress to accept it. She has remained

24   burdened with an unredressed IRS tax burden of over $40,000 because the attorney

25   refused to include this in his representation. The Plaintiff is still impoverished, unable to

26   even pay rent and to provide for a reasonable survival. The judge grantded an improper

27   summary judgment, as there is still at issue whether the brokerage is not held to the rules

28   of the NYSE and NASDAQ, which it is not. The attorney claims it is excluded from that

29   rule simply because it is an online internet trading site. There is no such exclusion at all

30   exempting Scottrade, the brokerage where she lost all that she had. The brokerage

31   breached its fiduciary duty to the Plaintiff, sitting by as an inexperienced widow lost all

1   her retirement savings. The brokerage did nothing but increase the rate of interest it
2   charged the Plaintiff, and it sat and watched as her funds diminished from almost
3   $900,000 down to a mere $8000. The attorney put her under duress to accept a meager
4   settlement and refused her pleas to re-negotiate or to attend a FINRA meeting he claimed
5   he had scheduled in Los Angeles. He had stated damages from $100,000 to $500,000 yet
6   took only $10,000 without getting her consent first. She seeks a more appropriate
7   recovery which the attorney should have made efforts to obtain on her behalf. He put his
8   own interests in a quick and easy resolution ahead of his client's highest and best
9   interests, as attorneys are obligated to do. The Judge who granted the defendant summary
10  judgment in the highly improper manner he did displayed anger toward the Plaintiff,
11  angrily saying to her "you shouldn't have been doing that .. you did it to yourself",
12  echoing the Defendant's words used to excuse his failure to adequately represent her
13  while also admitting that he felt that Scottrade did a wrong to you".

14

15  The Plaintiff has been made ill by the level of corruption she has faced each time she is
16  present in one of the courtrooms of the Riverside Superior Court. She stated to one judge
17  that each time she left a hearing, she felt so dirty she immediately had the need to take a
18  bath. It was like she was being raped over and over again by a court so hostile and
19  determined not to give her a single recovery for any of the wrongs done to her which
20  have left her financially and emotionally torn apart. She is in critical condition and needs
21  to have just a little justice, at least. The Plaintiff has lost her husband to a late diagnosed
22  cancer with his records destroyed, her home to a suspected arson fire, her second home to
23  a wrongful foreclosure, all her money in high risk margin trading, and her reputation,
24  employment and integrity to slander, pornographic web site content distributed under her
25  stolen identity, and the court did nothing to give her even a dime of recovery for all that
26  destruction. Instead, the court has treated her as if she is a criminal and punished her for
27  filing claims against Rupert Murdoch as well as suppressing the evidence of her claims.

28
29      **A. In the case of Peters v. EDD, et al:**
30
31      **demurrer without leave to amend,**
32

18

1    **after the defense counsel's superior, the Attorney General of California,**
2    **Kamala Harris, accepted a $5000 donation from Rupert Murdoch, whose**
3    **obscene content led to her job loss, and soon after the Deputy Attorney**
4    **General martin Hagan slandered her by claiming the obscene pages belonged**
5    **to her**
6
7    The Plaintiff included this obscene content as the most likely reason she had been
8    wrongly terminated (she argued it was the real reason she was terminated, not the
9    pretext reasons which had been invented). The defense counsel for the EDD was
10   the Deputy Attorney General of the State Attorney General's office, Martin
11   Hagan. This Deputy, Hagan, slandered the Plaintiff during the hearings, with
12   written false statements he made which claimed that the 'pornographic web pages
13   belonged to her". He referred to them as "her MySpace.com pages". The State
14   Attorney General Kamala Harris, Hagan's boss, received a donation of $5000
15   from the defendant Rupert Murdoch during the course of the hearings, in 2011.
16   The donation was listed on the internet among a multitude of donations Murdoch
17   had made across the nation to many political, government and legal officials. The
18   donation was described as a re-election donation for her 2014 re-election for
19   attorney general. That was three years forward, so clearly this was a donation for
20   her cooperation in ensuring that the Plaintiff's complaints against him and against
21   the EDD for wrongful termination based on the harm caused by his company
22   would be dismissed, as they were. Further, he was aided by the Attorney General
23   in an abusive use of the vexatious litigant statute to improperly declare her
24   vexatious, deprive her of a trial, deny her due process, and shut down her criminal
25   complaints against Murdoch and her office as well as the judges she directs as the
26   state's attorney general. Judge John Vineyard granted the EDD, three named EDD
27   managers, the Marriott Hotel and its Manager, demurrers without leave to amend.
28   A demurrer without leave to amend is well known as a 'red flag' for abuse of
29   discretion, since it is customary to allow an amendment. To give no leave to
30   amend while at the same time referring to the obscene content as 'pornography' is
31   unconscionable. Any judge knows that distribution of pornography and obscene
32   content is a federal violation, yet his judge swept away the Plaintiff's right to
33   amend her complaint to address fully this cause of action as it related to her

19

1    use to support her case. Then the arbitrator used that same case, which he had led

2    her to waste her attention on, as the basis for his award of summary judgment to

3    the defendant Kaiser. It was as set-up, plain and simple. Once Kaiser obtained a

4    summary judgment, it was not appealable as it would have been if ruled by a

5    court, and she therefore lost her right of appeal as a result of Judge Water's

6    disregard for the established law by a recent case holding. Then Judge Craig

7    Reimer granted to Kaiser their motion to have the arbitrator's summary judgment

8    into a court judgment and to also add additional defendant names AFTER the

9    arbitration had been terminated. This is an unlawful act, to take over the

10    Plaintiff's complaint and add names of defendants which she never included in

11    her complaint. There were thus four or more alternate names for various Kaiser

12    associated entities added to the complaint after the arbitration had been finalized

13    with a summary judgment. Then, after the hearing, Judge Reimer made an entry

14    on the court docket disclosing that he had been given a donation from Kaiser in

15    his recent re-election campaign for judge. His campaign and the donation had

16    been made during the time that he was assigned as managing judge over the

17    Plaintiff's complaints which included the Kaiser complaint. This means that the

18    rulings and orders issued by Judge Reimer and those issued by Judge Waters as

19    well must be declared VOID and that the Plaintiff must be allowed to renew her

20    complaint to be heard in court, as she had requested originally.

21
22    **C.  In the case of Peters v. Wells Fargo:**
23
24        **demurrer without leave to amend**
25
26    Wells Fargo was also granted a demurrer without leave to amend, despite the fact

27    that the Plaintiff was one of the homeowners included in the state and federal

28    governments' agreement with Wells Fargo to pay compensation for the wrongful

29    foreclosures that the bank had done. The Plaintiff has already received and cashed

30    a paltry check from the consultant agency charged with paying these

31    compensations. She received only $600 for having been without her home since

32    the foreclosure was finalized in fall of 2009. That means she has been homeless

33    for more than four years, sleeping at times in her vehicle and living with friends

1   from time to time. The judge disregarded entries on her bankruptcy docket

2   attesting to Wells Fargo's unlawful intervention into her bankruptcy. Wells Fargo

3   did not hold the mortgage on the Plaintiff's home; Wachovia held the mortgage

4   and Wells Fargo did not merge with Wachovia until after the foreclosure was

5   completed, yet Wells Fargo conducted itself in a manner that would have been

6   lawful only if it held any right to the property. It in fact held no right at all, yet

7   Judge Barkley granted Wells Fargo their requested demurrer without leave to

8   amend. This court has had a habit of abusing process by the continual use of

9   demurrers without leave to amend. The judge, Commissioner Barkley,  chatted

10   with the defense counsel for Wells Fargo in the Plaintiff's presence, over the issue

11   of the bank's request for $30,000 in attorney fees and over the question of what

12   damages the Plaintiff had sought in her complaint. The defense counsel said that

13   the Plaintiff had asked for a rescission; the judge corrected the defense counsel,

14   telling her that the Plaintiff had not, but had asked for monetary damages. Then

15   the defense counsel was advised by the judge to withdraw her attorney fee

16   motion. It was as if the judge was giving the defense counsel legal advice, helping

17   Wells Fargo with its case. Despite the evidence and facts submitted establishing

18   that Wells Fargo held no interest or right in the Plaintiff's property; that the

19   original loan was a predatory loan taken over by Wachovia; that there was no

20   modification communications made by any of the banks involved; that Wells

21   Fargo intervened illegally into the Plaintiff's bankruptcy declaring itself a creditor

22   when it was not a creditor, petitioning for and being given relief from the stay of

23   her bankruptcy, orchestrating the foreclosure of her home without a right to do so;

24   that the Plaintiff had been included in the settlement agreement made between the

25   banks and the federal and state governments to compensate the homeowners for

26   the wrongful foreclosures, Commissioner  Barkley granted a demurrer without

27   leave to amend to the Defendant Wells Fargo. This case is now on appeal.

28

29

30

31

**D.  In the case of Peters v. Jeff With, et al:**

   **demurrer without leave to amend**

In this case, the claim was slander per se, as the defendants had falsely accused the Plaintiff of causing the death of her late fiancé, of being a thief, a liar, and of planning to commit insurance fraud with an alleged 'old boyfriend'. The defendants claims amounted to an accusation of homicide, in order to collect on an alleged life insurance policy they claimed she had on the life of her deceased fiancé. All of this was a dark fantasy conjured up by the members of a highly dysfunctional family who lashed out at her as a way to vent their grief. No grief, however, can excuse such slanders which could have caused the innocent Plaintiff to be subject to possible criminal convictions and imprisonment or worse. This serious slander was dismissed by Judge Daniel Ottolia as 'mere opinions', and as is the prevailing abusive pattern of the Riverside Superior Court, to grant the defendants a demurrer without leave to amend. God, what corruption ! The Plaintiff believes that all these unjustified demurrers without leave to amend were part of a concerted effort to ensure that she would have enough adverse rulings to have her declared vexatious so that her complaints against Rupert Murdoch et al would be shut down summarily. In fact, this was exactly what was done.

**E.  the case of Peters v. Hagan:**

   **demurrer without leave to amend**

Deputy Attorney General Martin Hagan, aside from reading at one hearing for over ten minutes, also wrote false statements in his documents filed with the court. He falsely stated that the MySpace.com web pages distributed under the Plaintiff's name belonged to her. He knew this not to be true, but was granted demurrer without leave to amend by Judge Gloria Trask under the use of the 'litigator privilege' escape from liability. Judge Trask made her ruling in the absence of the Plaintiff, and when the Plaintiff arrived late, denied her sufficient opportunity to contest the ruling she issued.

23

F. **In the case of Peters v. Turner:**

   **demurrer without leave to amend**

In this complaint, the Plaintiff filed an action based on the stated intent by the defendant Turner that he was going to tell the court that I had sent him a letter granting him additional time for his defendant to answer the complaint against him. This was completely false; I had not given any extension of time either in writing or any other way. The defense counsel was stating that he intended to defraud the court. I filed the complaint, which Judge John Vineyard dismissed stating that the judgment was against neither one of us, yet later it was presented as an adverse ruling against me. This Turner was the defense attorney for Chad Abbley, the young man who had created the obscene pages and posted all the content on them and distributed them worldwide under my name on Rupert Murdoch's MySpace.com web site. I think in hindsight that this was an easy way for the court to add an adverse ruling against me in order to have me declared vexatious. Now I realize fully how much the court has played me for a fool, inventing ways to make yet more adverse rulings that can be used to deprive me even more of any due process or full and fair hearings. Discovery has been denied, I have been threatened with contempt citations over even the most trivial of reasons, and deprived of equal opportunity to present my claims; evidence has been sealed and suppressed or just ignored, applicable laws disregarded and rulings made when I am not even present. None of the times I was not present when an order was issued did any judge order a continuance to give me due process. That was not what they had in mind: they wanted to defeat my every just claim, regardless.

I have never encountered such vicious corruption in my life and never would have imagined that in the county where I attended universities for 27 years and taught high school classes for over 22 years would I be denied justice in such a blatant and hostile manner. It is shocking.

24

1
2  **G.  In the case of Peters v. Kirk Smith:**
3
4  **summary judgment granted to defendant Smith.**
5
6  I lost all my money, including my teacher retirement funds, and the cash proceeds
7  from the sale of the land I once lived on for over 20 years, in the stock market
8  collapse of 2008. During the imploding of the market, I was trading stocks with
9  Scottrade online. I was put into margin trading, which is meant only for
10  experienced and trained professional traders. I had not done such trading before,
11  and was using my life savings. The New York Stock Exchange and the NASDAQ
·12  exchange do not allow brokerages who place trades via their exchanges to put
13  their clients into risky types of accounts unsuitable for them. The rule is that
14  brokers must "know their client". Scottrade and the attorney I hired to sue
15  Scottrade, Kirk Smith, now claim that Scottrade is exempt from this "know your
16  client" rule simply because the stock transactions are done online on the internet.
17  There is no such exemption. The attorney Smith failed to put the Plaintiff's
18  interests foremost and though he submitted a damages claim from $100,000 to0
19  $500,000, he did nothing to recover anything remotely near those amounts.
20  Instead, without first getting my consent, he accepted a settlement offer of just
21  $10,000 and only added another $2000 based on his alleged waiver of his fee.
22  Ultimately, I was given only $12,000 on a loss of almost $900,000. I lost my
23  second home because I could not pay the mortgage after my loss and am still
24  homeless.
25  There were challenges back and forth, with the Defendant claiming that the
26  Plaintiff would not have prevailed in the underlying action against Scottrade, even
27  though obviously Scottrade would not have offered any settlement at all if she had
28  no supportable claim. The attorney failed to honor the Plaintiff's pleas to him to
29  seek an amount more appropriate in relation to the amount lost, and refused to re-
30  negotiate when the Plaintiff implored him to. He also had imposed an
31  unconscionable compelled arbitration clause upon her which in light of her
32  arguments against it, the attorney Smith freed her from. The attorney disregarded
33  the highest and best interests of his client, the Plaintiff, and left her impoverished.

1    He put her under duress to force her to accept the unsuitable settlement offer
2    under circumstances he knew of, that she had no funds at all on which to live and
3    no employment either, nor did she have a home, having lost it due to the loss of
4    her life savings through trading with Scottrade. The attorney has made light of the
5    fact that she is a retired widow of almost 67 years old and was over 60 when she
6    lost all her money with Scottrade. She still owes IRS taxes of over $40,000 and
7    cannot pay it. this tax was based on the loss of her IRA retirement funds with
8    Scottrade.
9
10   In the final hearing, Judge Craig Reimer granted the defendant a summary
11   judgment, without addressing any of the objections which had been filed to be
12   heard at the hearing or addressing the Plaintiff's arguments against the challenges
13   posited by the defendant in trying to evade liability. The Defendant's so called
14   expert was simply a person who the Defendant states 'testified in Congress".
15   Many people have testified in Congress about a number of topics; this does not
16   mean they are experts. More than just a testimony to a legislative body is required
17   to be viewed as an expert by a court or a judge. The Defendant has not met the
18   expert requirement at all. There was no adequate support for his claim that the
19   person he alleges is an expert is actually an expert. And finally, no expert
20   testimony can overcome the Defendant's use of an unconscionable representation
21   agreement, an unconscionable compelled arbitration agreement, or a settlement
22   offer imposed upon the Plaintiff under duress and financial distress. The law
23   states that no summary judgment can be ruled if the objections presented are not
24   each addressed and dispensed with. The Defendant had submitted about 90
25   objections, not one of which Judge Reimer read or made any ruling on, either to
26   sustain or overrule, prior to granting the summary judgment. I wonder why the
27   Riverside Superior Court has such horribly incompetent and corrupt judges. It is
28   very disturbing that the judges are so cavalier and lax in the performance of their
29   judicial duties, and that they seem to have such low regard for the Plaintiffs who
30   come to court to redress wrongs or for basic fairness in dealing with both parties
31   to a lawsuit, not just fairness to the defendants. Even process servers in this

1   county have remarked that the Riverside Superior Court is a "defendant's court",

2   and that if you are the Plaintiff, prepare yourself to lose. One of Reimer's final

3   rulings was the denial of my request to use a settled statement on appeal. He gave

4   the Defense counsel the right to pay for the transcript of only one hearing, the

5   final summary judgment hearing, instead of allowing me a settled statement.

6   There were eight other hearings, which I submitted a designated records list for

7   appeal. I have no funds to pay for these transcripts, and if Judge Reimer's order

8   remains in effect, I will be deprived of a full or fair appeal by the suppression of

9   the transcripts of the eight hearings for which the Defendant has not offered to

10  pay in lieu of my settled statement. If the Defendant wants to prevent my settled

11  statement, he must pay for transcripts of all the hearings, not just the final hearing.

12  To do anything else would deprive me of my right to due process and a full 'de

13  novo' review of the summary judgment which is the standard for appeal of such a

14  judgment. This judge is trying to obstruct justice and is committing clear abuse of

15  discretion.

16
17
18  **VI.   MALICIOUS MISUSE OF THE LAW TO OBSTRUCT JUSTICE:**
19  **WRONGFUL DECLARATION OF VEXATIOUSNESS**
20
21  Rupert Murdoch was joined in his motion to declare the Plaintiff vexatious by the

22  State Attorney General, the Riverside Superior Court, and the judges who the plaintiff

23  sued for abuses of discretion and obstructions of justice. In effect, all these parties

24  piled upon the Plaintiff en masse in a court hearing where she was denied her request

25  for a trial. In that hearing, the adverse rulings claimed to be sufficient to declare her

26  vexatious were rulings made by the same judges now using their adverse rulings to

27  declare her vexatious. What a neat circular racket: issue adverse rulings yourself so

28  that later you can use those adverse rulings to declare her vexatious and shut down a

29  criminal complaints against a bribing billionaire's federal criminal violations which

30  ruined the Plaintiff and also shut down her claims against yourselves and the court of

31  abuses of discretion and obstructions of justice. There seems little need for any court

32  at all if this complete control over both sides of complaints continues to be the

27

1    standard. The Plaintiff could have received the same level of judicial response if she

2    stayed at home and never even tried to present her case.

3

4    The complaints she filed against Murdoch and the judicial officials et al were joined

5    together and transferred not to federal criminal court as the Plaintiff requested, but to

6    San Bernardino Superior Court, where Judge David S. Cohn deprived her of all her

7    constitutional rights to court access by claiming that she had the requisite number of

8    adverse rulings. Judge Cohn denied her request for a trial; he further ordered her to

9    "put that away, I don't want to look at that" in regard to a poster sized reproduction of

10   the obscene web pages distributed on Rupert Murdoch's MySpace.com under the

11   unauthorized use of her stolen identity. When the Plaintiff, at the conclusion of this

12   farce of a malicious retaliatory stripping of all her rights to due process, she asked

13   Judge Cohn what they (meaning Murdoch's team of thugs) had paid him to do the

14   injustice; she added that she knew he would not cite her for contempt for asking such

15   a question because then she might be entitled to a free attorney. He did not give a

16   response: he took his robe off and disappeared through the narrow door behind his

17   bench, to his chamber. As a result of this obstructive action, the Plaintiff was wrongly

18   branded as vexatious and her pursuit of justice was delayed for almost an entire year.

19   This delay should not be counted in the tolling of the statute of limitations, which for

20   federal crimes is five years anyway. She discovered the harmful site at the end of

21   October 2010, and has until that month in 2015 to file her federal criminal action. As

22   for the unjust enrichment claim based on quast-contract grounds, the SOL for

23   contractual claims is three years from discovery, and if fraud was done, even longer.

24

25   In fact she did not have the sufficient number of adverse rulings and those which

26   could have by a stretch of the imagination be seen as adverse were 'demurrers

27   without leave to amend', a ruling which is held suspect for abuse of discretion, for it

28   is not usual to deny a Plaintiff leave to amend. One of the allegedly five adverse

29   rulings was the Peters v. Smith case, stated as adverse solely because she had

30   voluntarily dismissed one of the defendants, the law firm for which Smith worked. It

31   turns out that in a legal malpractice action, the law firm cannot be dismissed

28

1    voluntarily or otherwise because of the principle of 'respondent superior', in which

2    the employer is held liable for the actions of his employee. Therefore the dismissal

3    could not be honored anyway and the Plaintiff's voluntary dismissal was ineffective.

4    Therefore the dismissal of the law firm as a defendant could not be counted as an

5    adverse ruling. That left only four possible adverse rulings. Only three could be

6    claimed, and even they were demurrers without leave to amend. The claims filed

7    against the judges and the court for abuses of discretion and obstructions of justice

8    could not be classed as excessive motions, for they were not motions but were filed

9    lawsuits and had not been heard yet in court at all, so no adverse rulings had yet been

10   made. The claim by the San Bernardino that her complaints against the judges had

11   'no merit' is a false one. Judges have been sued throughout the decades and for

12   abuses and obstructions. To say arbitrarily that such claims have no merit on the bald

13   faced assertion that 'judges cannot be sued' is an absurdly false statement. Judges

14   have not only been sued but have also been removed from their posts as a result of

15   such suits.

16

17   Almost a year later, the defendant in the Peters v. Smith case filed a second motion to

18   declare the Plaintiff vexatious. The motion was reviewed by Judge Reimer, who

19   reviewed the same cases that had been reviewed in the first vexatious litigant hearing

20   conducted by Judge Cohen which resulted in depriving the Plaintiff of her right to

21   seek redress from Rupert Murdoch for the harmful effects of obscene content

22   distributed under her stolen identity for over four years. The Plaintiff had filed no

23   new complaints between the first vexatious litigant hearing and the second vexatious

24   litigant hearing. Yet Judge Reimer held that there were insufficient adverse rulings to

25   declare her vexatious. This then released her from the restrictions of her constitutional

26   rights and gave her the right to not only appeal the Peters v. Smith unjust summary

27   judgment, but to renew her criminal complaints against Rupert Murdoch, his paid for

28   Attorney General, and the judges who denied her due process by persistently granting

29   demurrers without leave to amend in almost every well stated, fact and statute

30   supported complaints she filed. Now she has filed anew her complaints against the

31   same defendants as in her original criminal complaints which were forestalled by the

29

1    wrongful vexatious litigant declaration. This was typical RICO type response: to
2    retaliate against the complainant by conjuring up some charge against the
3    complainant. This type of response is very typical of RICO violators, and then
4    becomes additional RICO charges for that retaliation. Where the Plaintiff had sought
5    damages of $10 million from Murdoch, she now seeks $30 million, the amount of pay
6    he received this year from his News Corps company, the U.S. corporation that he uses
7    to control the many media holdings he still owns.  Murdoch sold MySpace.com to an
8    Irvine company within a week or so after the original complaints she filed for slander
9    per se were demurred without leave to amend. Whether or not he sold that company,
10   he retains liability for the damages done to the Plaintiff's life and income during the
11   years the obscene content was on his company's website.
12
13   As is obvious by this recounting of the proceedings and outcomes of the complaints
14   reasonably and rationally filed by the Plaintiff, there has been a persistent stream of
15   abuses of process and obstructions of justice by the Riverside Superior Court and its
16   judges. There have been denials of due process, refusals to consider evidence, the use
17   of demurrers without leave to amend as adverse rulings when such demurrers are
18   viewed as potential abuses of process; bribery of the attorney general's office and
19   thus her Deputy who was serving as defense counsel; failure of the Attorney General
20   to take any action against the crimes committed by Rupert Murdoch and her joining
21   with the criminal to retaliate against the Plaintiff / Victim; a wrongful declaration of
22   vexatiousness against the Plaintiff with the consequent dismissal of her valid criminal
23   complaints Murdoch et al; the Plaintiff now asserts her right to prosecute the herein
24   stated claims as Act Acting Private Attorney on behalf of the general public at large
25   and for her own behalf as well. Copies of the rulings of the two vexatious litigant
26   hearings are attached. Judge Cohn declared that the Plaintiff filed 'repeated frivolous
27   complaints without merit". The complaints against the judges were not without merit,
28   were not frivolous and were not done but once and finally had not even been heard
29   yet and not ruled upon at all, either adversely or otherwise. This entire obstructive and
30   retaliatory declaration branding the Plaintiff was typical of those who commit RICO
31   offenses.

30

1
2
3   VII.   **STANDING OF THE PLAINTIFF TO SERVE AS ACTING PRIVATE**
4          **ATTORTNEY GENERAL**
5
6
7   The constitution has provided for private citizens may assume the role of private attorney
8   general to undertake complaints which the appointed or elected officials failed to
9   undertake. The RICO Act provides for private citizens may undertake prosecution of
10  RICO violations on their own behalf and on the behalf of the public at large, when
11  necessary, and may be awarded attorney fees and costs if they prevail.

12
13  VIII.  **CLAIMS FILED WITHIN THE STATUTE OF LIMITATIONS**
14
15  The statute of limitations for most federal crimes is five years from discovery. Where
16  Fraud has been made upon the court, the statute is extended to 6 years. The identity theft
17  and obscene content was discovered by the Plaintiff in mid-October 2010. She filed the
18  original actions for slander in that same year; no later than mid-2011 she filed the federal
19  identity theft and distribution of obscene content, along with the abuse of discretion and
20  obstructions claims against the court and judicial officials within the year in which they
21  occurred. The statute of limitations was stayed during the period of time that her
22  complaints were wrongly dismissed with the vexatious litigant order which was improper
23  and must be declared void immediately. Therefore for the criminal complaints the
24  Plaintiff has until mid- October 2015, two years into the future. Since the unjust
25  enrichment, abuses of discretion and obstructions of justice all flowed from the
26  complaints filed within the applicable statutes of limitations; they fall within the statute
27  of limitations period as well.

28
29  IX.   **DAMAGES, RESTITUTION, AND ATTORNEY FEES**
30
31  For the RICO Act violations, the Plaintiff is allowed to recover attorney fees and costs for
32  her service in prosecuting as Acting Private Attorney General. While there may be some
33  measure of damage recovery, the role of Private Attorney General is fundamentally
34  focused on the welfare and protection of the general public at large, who she will

31

1   primarily be representing. Therefore damages for her personal recovery are of less

2   concern that the recovery of the costs of pursuing the action as the prosecuting attorney.

3

4   In an unjust enrichment claim, which has flowed from the harms done by the Defendant

5   Rupert Murdoch, the Plaintiff is entitled to the restitution of the profits realized by

6   Murdoch through the unauthorized use of her name, likeness, and personal information.

7

8   The damages she seeks from the wrongful vexatious litigant declaration, the abuses of

9   discretion, and the obstructions of justice are appropriate for the prolonged time she has

10   experienced ongoing stress, distress, exhausting hours deep into many nights, and the

11   wrongful denial to her of full and fair hearings and due process justifies an amount of

12   $20,000,000. The Plaintiff is open to any settlement offers which may be sufficient to

13   enable her to leave this country and live out the remainder of her life on another

14   continent. She desires to be free forever from this oppressive and corrupt nation, state,

15   and county.  Such settlement should be made in consideration of her present penniless

16   and unemployable status at the age of almost 67.  If any personal damages are allowed,

17   the Plaintiff seeks $30 million from Rupert Murdoch for the great distress and harm he

18   has caused her for years, including the wrongful vexatious litigant declaration which felt

19   like she was being held down by the judge and defense attorneys so Murdoch could rape

20   her of all her fundamental constitutional rights in retaliation for having filed criminal

21   complaints against him and his compromised Attorney General, whose aiding and

22   abetting he bought and paid for.

23

24   Since a second motion to have the Plaintiff declared vexatious reviewed the very same

25   complaints filed, and she had filed no new complaints or had any new alleged 'adverse

26   rulings', she is no longer oppressed by the vexatious litigant restrictions and is free to file

27   this renewed complaint against Murdoch et al, which was unjustly dismissed previously.

28   In true stereotypical RICO type corruption, the ring of criminal actors retaliated against

29   the victim who was blowing the whistle so to speak, by en masse stealing her rights to

30   court access and rights to file complaints against crimes as the victim of those crimes.

31   Now she adds the retaliatory acts to the claims she presents and takes the step of

32

1   assuming the role of Private Attorney General to do the job that numerous law

2   enforcement agencies and bodies have failed to do, for the benefit of the public and for

3   her own benefit as well.

4

5   Affirmed as true and complete under threat of perjury,

6

7

8   _____          _____

9   MARTHA JO PETERS                          Date

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

1
2
3
4
5
6
7
8
9
10

# ATTACHMENTS

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

http://www.ehow.com/facts_7619488_california-laws-unjust-enrichment.html

# Civil Code Section 3426.3 (MISAPPROPRIATION, THEFT, ETC.) UNJUST ENRICHMENT DAMAGES RECOVERABLE WHEN GENERATED BY ONE OF THESE CIVIL WRONGS

- California civil code states that a person can recover damages for theft, bribery, misrepresentation, breach of contract, inducement of a breach of duty to maintain secrecy or espionage. They can also sue for misappropriation, such as the disclosure or use of trade secrets. If the person suing cannot prove the exact amount due to them, the court will order a reasonable payment

Read more: California Laws for Unjust Enrichment | eHow
http://www.ehow.com/facts_7619488_california-laws-unjust-enrichment.html#ixzz2UWYUHsMb

1   **U.S. authorities are stepping up investigations, including an FBI**
2   **criminal inquiry, into possible violations by employees of Rupert**
3   **Murdoch's media empire of a U.S. law banning corrupt payments to**
4   **foreign officials such as police, law enforcement and corporate sources**
5   **said.**
6   By Mark Hosenball and Georgina Prodhan
7   LONDON | Tue Feb 7, 2012 11:00am EST
8
9   (Reuters) - U.S. authorities are stepping up investigations, including an FBI criminal
10  inquiry, into possible violations by employees of Rupert Murdoch's media empire of a
11  U.S. law banning corrupt payments to foreign officials such as police, law enforcement
12  and corporate sources said.
13
14  But U.S. investigators have found little to substantiate allegations of phone hacking
15  inside the United States by Murdoch journalists, the sources added.
16
17  The FBI is conducting an investigation into possible criminal violations by Murdoch
18  employees of the U.S. Foreign Corrupt Practices Act (FCPA), a law intended to curb
19  payment of bribes by U.S. companies to foreign officials, a U.S. law enforcement official
20  said.
21
22  The U.S. official said that if any law enforcement action was pursued by U.S. authorities
23  against Murdoch employees, it would most likely relate to FCPA.
24
25  If it is found to have violated the FCPA, Murdoch's News Corp, which has its
26  headquarters in New York, could be fined up to $2 million and barred from U.S.
27  government contracts, and individuals who participated in the bribery could face fines of
28  up to $100,000 and a jail sentence of five years.
29

35

1   Executives could be liable if they authorized bribes or knew about the practice but failed

2   to stop it.

3

4   In practice, U.S. authorities have usually settled FCPA cases in return for large cash

5   payments from companies, who can sometimes avoid legal admissions of guilt.

6

7   Much of the evidence police are examining in the News Corp case was handed over to

8   investigators by the company, who have set up a special clean-up unit in London and

9   hired batteries of lawyers in Britain and the United States, some of whom specialize in

10  FCPA cases, company sources said.

11

12  The U.S. Justice Department and Securities and Exchange Commission also have

13  jurisdiction to pursue civil cases against alleged violators of the law.

14

15  Bloomberg news service reported last year that Justice Department prosecutors sent

16  News Corp, U.S. parent of Murdoch's UK media properties, a request for information on

17  alleged payments which journalists made to British police officers in return for news tips.

18

19  LAWYERS

20

21  Sources close to News Corp said the Management and Standards Committee (MSC), the

22  unit which the company set up to deal with phone hacking and related investigations, for

23  some time had been concerned about the consequences of U.S. investigations of possible

24  FCPA violations.

25

26  Both News International and parent company News Corp declined to comment. Reuters

27  is a competitor of Dow Jones Newswires, a unit of News Corp.

28

29  Last July, the company retained Mark Mendelsohn, who served as deputy chief of the

30  Fraud Section in the Criminal Division of the U.S. Justice Department. Mendelsohn, now

1   in private practice, was internationally respected as an architect of the DOJ's Foreign

2   Corrupt Practices Act enforcement program.

3

4   News Corp sources confirmed that the Management and Standards Committee was also

5   working with Williams & Connolly, a prominent Washington law firm specializing in

6   white-collar crime cases.

7

8   The New York Times reported last year that one of the lawyers working on the News

9   Corp case was Brendan Sullivan, a Williams & Connolly partner known for his public

10  defense of White House aide Oliver North during Congressional investigations into an

11  arms-for-hostages scandal during the administration of U.S. President Ronald Reagan.

12

13  News Corp announced last month that another Williams & Connolly partner, Gerson

14  Zweifach, would become its top new in-house lawyer. He is also expected to join the

15  Management and Standards Committee.

16

17  Company sources said that, via the MSC, News International was routinely sharing with

18  its outside lawyers, including Williams & Connolly, evidence which had been uncovered

19  of suspected questionable practices including payments to British police officers.

20

21  The MSC declined to comment.

22

23  Among evidence turned over by the company to British authorities are emails and

24  financial records which allegedly chart the payment of more than 100,000 pounds

25  ($158,000) to police contacts, mostly in sums of under 1,000 pounds.

26  A company source said the records showed many or most of the payments intended

27  recipients were listed in company records under false names.

28

29  THREE INVESTIGATIONS

30  London's Metropolitan Police Service for months has been investigating an assortment of

31  suspected abusive practices which journalists at the News of the World and other

37

1   Murdoch London newspaper properties are alleged to have routinely employed in recent

2   years.

3

4   British detectives are conducting three parallel investigations.

5

6   One inquiry, known as **Operation Weeting**, is investigating alleged phone hacking, and

7   a second inquiry, **Operation Tuleta**, is investigating allegations of computer hacking.

8   The third investigation, **Operation Elveden**, is investigating allegations that journalists

9   paid police officers bribes in return for story tipoffs. The head of the three investigations

10  said this week she was increasing the number of police looking at police payments.

11

12  The law enforcement source said U.S. authorities found no evidence to substantiate

13  allegations that potentially illegal reporting tactics that were alleged to have been

14  widespread in Britain were also employed by Murdoch journalists in the United States.

15

16  Law enforcement and corporate sources said no evidence had turned up to corroborate a

17  Daily Mirror accusation that journalists from Murdoch's now defunct News of the World

18  sought to hack into voice mail messages of victims of the al Qaeda attacks on New York

19  and Washington of September 11, 2001. The Mirror is a competitor of Murdoch's London

20  tabloid, the Sun.

21

22  London police have arrested 30 people, including journalists and police officers, in

23  connection with its three journalism-related investigations. Last month, four current and

24  former journalists on the Sun, the largest-circulation British paper, as well as a serving

25  police officer were arrested in connection with Operation Elveden.

26

27  Sue Akers, the officer in charge of all the investigations, said on Monday that 14 people

28  so far had been arrested in connection with Operation Elveden, but indicated that more

29  investigators were likely to be added to the inquiry, which she said still had some time to

30  run.

31

1   To date, no criminal charges have been filed against any of the individuals arrested over

2   the past year, who include Rebekah Brooks, a former CEO of Murdoch's London papers,

3   and Andy Coulson, a former Murdoch editor who became top media adviser to Prime

4   Minister David Cameron.

5

6   However, current investigations trace their roots back to the 2006 arrests, and subsequent

7   guilty pleas, of News of the World royal reporter Clive Goodman and private detective

8   Glenn Mulcaire on phone hacking charges. ($1 = 0.6331 British pounds)

9

10   (Additional reporting by Kate Holton; Editing by Alison Williams)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

39

1   Senior UK journalist at Rupert Murdoch's The Sun newspaper

2   charged over bribes

3   Article by: RAPHAEL SATTER , Associated Press

4   Updated: April 18, 2013 - 10:05 AM

5

6   LONDON - The Sun newspaper's executive editor was charged Thursday with

7   authorizing bribes to a government official, making him one of most senior journalists to

8   be caught up in Britain's sprawling media ethics scandal.

9

10   Fergus Shanahan is accused of authorizing one of his journalists to make two payments

11   totaling 7,000 pounds ($10,700) to an unidentified public official in exchange for tips

12   between August 2006 and August 2007.

13

14   Shanahan, 58, joins a growing list of senior Sun journalists who have found themselves

15   either under arrest or facing criminal charges as the scandal rumbles on.

16

17   The Sun's deputy editor, Geoff Webster, is charged with authorizing thousands of pounds

18   in illegal payoffs. The Sun's defense editor, Virginia Wheeler, is charged with being in on

19   a conspiracy to pay thousands of pounds worth of bribes to a police official in return for

20   tips. The Sun's former chief reporter, John Kay, faces charges in relation to tens of

21   thousands of pounds' worth of bribes allegedly paid to a defense official.

22

23

24

25

26

27

28

29

30

1    News International phone hacking scandal

2    From Wikipedia, the free encyclopedia

3

4    Rupert Murdoch, chairman and chief executive officer of News Corporation, the parent
5    company of News International

6    The News International phone-hacking scandal — dubbed "Hackgate", "Rupertgate", or
7    "Murdochgate" by the press — is an ongoing controversy involving the now defunct
8    News of the World and other British newspapers published by News International, a
9    subsidiary of News Corporation. Employees of the newspaper were accused of engaging
10   in phone hacking, police bribery, and exercising improper influence in the pursuit of
11   publishing stories. Investigations conducted from 2005 to 2007 concluded that the paper's
12   phone hacking activities were limited to celebrities, politicians and members of the
13   British Royal Family. In July 2011, it was revealed that the phones of murdered
14   schoolgirl Milly Dowler, relatives of deceased British soldiers, and victims of the 7/7
15   London bombings were also accessed, resulting in a public outcry against News
16   Corporation and owner Rupert Murdoch. Advertiser boycotts contributed to the closure
17   of the News of the World on 10 July, ending 168 years of publication.[1] Continued
18   public pressure later forced News Corporation to cancel its proposed takeover of the
19   British telecommunications company BSkyB.

20

21   British prime minister David Cameron announced on 6 July 2011 that a public inquiry
22   would look into the affair after police investigations had ended. On 13 July 2011,
23   Cameron named Lord Justice Leveson as chairman of the inquiry, with a remit to look
24   into phone hacking and police bribery by the News of the World, while a separate inquiry
25   would consider the culture and ethics of the wider British media.[2] He also said the
26   Press Complaints Commission would be replaced "entirely".[1] The inquiries led to
27   several high-profile resignations, including Dow Jones chief executive Les Hinton; News
28   International legal manager Tom Crone; and chief executive Rebekah Brooks. The
29   commissioner of London's Metropolitan Police Service, Sir Paul Stephenson, also
30   resigned his post. Former News of the World managing editor Andy Coulson, former

41

1   executive editor Neil Wallis, and Brooks were all arrested. Murdoch and his son, James,

2   were summoned to give evidence before the Leveson Inquiry.

3

4   The negative attention garnered by the scandal eventually reached the United States,

5   where News Corporation is headquartered and operates multiple media outlets. The

6   Federal Bureau of Investigation launched a probe on 14 July 2011, to determine whether

7   News Corporation accessed voicemails of victims of the 9/11 attacks. On 15 July, U.S.

8   Attorney General Eric Holder announced an additional investigation by the Department

9   of Justice, looking into whether the company had violated the Foreign Corrupt Practices

10   Act.

11

12   Over the course of his testimony before the Leveson Inquiry, Rupert Murdoch admitted

13   that a cover-up had taken place within the News of the World to hide the scope of the

14   phone hacking.[3] On 1 May 2012, a parliamentary select committee released a report

15   concluding that Murdoch "exhibited wilful blindness to what was going on in his

16   companies and publications," and stated that he was "not a fit person to exercise the

17   stewardship of a major international company."

18

19   **http://www.guardian.co.uk/media/2012/mar/05/news-corporation-fcpa-lawyer**

20   **News Corp dropped top US anti-bribery lawyer from its**
21   **legal team**

22   Amid possible US prosecution, leading expert on FCPA stopped advising Murdoch
23   empire soon after he was hired this summer

24   • Ed Pilkington in New York
25   • guardian.co.uk, Monday 5 March 2012 17.35 EST

26   News Corporation, Rupert Murdoch's media empire that is under investigation by the FBI
27   for possible violation of US anti-bribery laws, is no longer being advised by Mark
28   Mendelsohn, one of the world's leading experts on the Foreign Corrupt Practices Act.

29   Mendelsohn was taken on by News Corp last July to head its legal team, advising the
30   company on how to prepare for potential prosecution under the act as a result of the UK

42

1   phone-hacking scandal. But the Guardian has learned that he was let go almost as soon as
2   he was hired.

3   Mendelsohn was brought on board by Murdoch amid the maelstrom that followed the
4   Guardian's revelation that the News of the World had hacked into the mobile phone of
5   missing teenager Milly Dowler. His hiring by News Corp came first reported just two
6   weeks after the Dowler story broke by one of Murdoch's own newspapers, the Wall Street
7   Journal.

8   The newspaper said he had been retained from Paul Weiss, the international legal firm
9   where he has worked as a partner since leaving the justice department in 2010.

10  Mendelsohn has consistently been reported over the past eight months to be acting as a
11  leading legal adviser to News Corp on FCPA. However, his formal relationship with the
12  company ended last summer, shortly after he was taken on by the firm.

13  Under the FCPA, companies headquartered in the US, such as News Corp, are liable to
14  prosecution if they can be shown to have engaged in bribery of officials in foreign
15  countries for company gain.

16  The company is facing allegations that its British newspapers, the Sun and the defunct
17  News of the World, engaged in payments to police officers and other public officials that
18  amounted, the Leveson inquiry heard recently, to a network of corrupted officials.
19
20  Past penalties under FCPA include the record-breaking pursuit of Siemens AG that
21  settled for $800m in 2008, and a case that was first exposed by the Guardian and led to a
22  criminal fine of $400m in 2010 against the British arms company BAE Systems for
23  sweeteners paid to a Saudi prince.

24  Both those cases were prosecuted by Mendelsohn when he was heading the department
25  of justice's fraud section between 2005 and 2010. Between those years he developed the
26  FCPA from being a relatively minor and infrequently used law to being a powerful
27  prosecutorial weapon.
28
29  He is specifically credited as having devised the aggressive approach to enforcement of
30  the FCPA that now threatens News Corp with massive fines and possible imprisonment
31  of its executives.

32  To have him on board at News Corp was considered a huge bonus for the company as it
33  faces the rippling transatlantic consequences of the UK phone-hacking scandal. But the
34  Guardian understands that Mendelsohn had barely begun to advise the company before
35  he was let go.

36  It is not clear why such a serious player in this part of the law should have been retained
37  and then released by News Corp in such quick succession. Mendelsohn himself did not
38  respond to questions from the Guardian, and News Corp declined comment.

43

1   A source with understanding of the internal workings of News Corp said Mendelsohn's
2   rapid departure was connected to the legal strategy put together by Joel Klein, the former
3   head of New York City's public education system whom Murdoch has entrusted with
4   managing the phone-hacking crisis from the company's Manhattan headquarters. When
5   Mendelsohn was taken on, Klein simultaneously brought in the law firm Williams &
6   Connolly to act as legal firefighters, and it is possible that as roles were clarified
7   Mendelsohn was edged out.

8   **Mike Koehler, an underline expert in FCPA law at Butler university**, said it was
9   plausible that there might have been an internal turf war over who took the lead in
10  handling the company's response to the FCPA investigation. But he was surprised that
11  Mendelsohn had come and gone so suddenly.

12  "The pace of the scandal was rapid-fire last July. But even so when you hire a person of
13  the calibre of Mark Mendelsohn, who used to lead the justice department's FCPA project,
14  and then shortly thereafter say you don't need his services – that's unusual."

15  The US authorities began an investigation under the FCPA in the wake of the Milly
16  Dowler story. The US attorney general, Eric Holder, announced he was initiating a
17  preliminary inquiry into whether News Corp had breached the anti-bribery law last July –
18  the same month as Mendelsohn was hired.

19  In recent weeks the FBI is understood to have interviewed several top News Corp
20  executives.

21  Meanwhile, the Wall Street Journal reports that News Corp's FCPA woes
22  have spread around the globe. **The newspaper says the FBI is**
23  **investigating a former Russian subsidiary called News Outdoor Russia**
24  **and alleged bribes paid to local officials**

25

26

27

28

29

30

31

32

33

34

# News Corp faces growing threat of phone-hacking lawsuits in US

Lawyers preparing News of the World phone-hacking claims in New York

Josh Halliday and Ed Pilkington

guardian.co.uk, Friday 13 April 2012 02.50 EDT

Article history

News Corporation headquarters in Manhattan: Murdoch's US empire is facing the growing threat of legal action over NoW phone-hacking scandal. Photograph: Mario Tama/Getty Images

Rupert Murdoch's News Corporation is facing the growing threat of legal action in the US after two prominent lawyers said they were preparing News of the World phone-hacking claims in New York.

Mark Lewis, the lawyer behind many phone-hacking claims in the UK, flew to the US on Thursday for legal discussions about four potential actions against News Corp in the United States.

A second London lawyer is understood to have started exploring the possibility of legal proceedings over alleged phone hacking across the Atlantic. This lawyer, who declined to be named because proceedings had not been filed, claimed there was "considerable evidence" that a celebrity client had had voicemail messages intercepted by the now closed News of the World while on US soil.

The fresh legal moves mark a broadening of the attack on Murdoch's media empire, whose multimillion-dollar US headquarters has so far remained untouched by the scandal that has engulfed the group's UK newspaper operation.

The potential US lawsuits are understood to relate mainly to public figures who believe their phones were hacked while in America, where voicemail interception could constitute a violation of US telecommunications and privacy laws.

Lewis will next week begin discussions with his New York-based legal partner Norman Siegel, former director of the New York Civil Liberties Union, over the details of US law as it applies to phone hacking.

45

1    One of the legal issues being explored by those preparing fresh lawsuits in the US is the
2    rule over so-called "double recovery": that is, whether or not a claimant is able to win
3    damages from a defendant in a foreign jurisdiction following earlier action in a different
4    country.
5    It is also understood that a US citizen had his or her phone hacked while in America as a
6    result of hacking into the transatlantic conversation of a foreign-based celebrity who was
7    a friend of the victim.
8
9    So far, the US component of the hacking scandal has been confined to an FBI and
10   department of justice investigation under the Foreign Corrupt Practices Act, which
11   forbids corporations headquartered in the US from indulging in acts of bribery or
12   corruption abroad. Any lawsuit that flows from Lewis's US activities would take the
13   scandal to another level by becoming the first legal action within the US.
14
15   The legal moves carried out in America come as phone hacking lawyers prepare a fresh
16   tranche of civil claims in the high court in London.
17   News Group Newspapers, the News International subsidiary that published the News of
18   the World, could face up to 200 more civil actions, with figures including Cherie Blair,
19   the wife of the former Labour prime minister, singer James Blunt, Ukip leader Nigel
20   Farage, and Alex Best, the wife of the ex-Manchester United footballer George Best,
21   having already filed claims



# Green Dot® Prepaid Visa® Card
## Join More than 10 Million Customers



Home    Browse People    Find Friends    Music    Video    Games    Events    More ▾        Log In    Sign Up

## Martha Jo



Hi everyone...IM BACK!

Female
93 years old
Temecula,
CALIFORNIA
United States

View My: Pics

### Contacting Martha Jo

| ✉ Send Message | ✉ Forward to Friend |
| 👤 Add to Friends | ☐ Add to Favorites |
| ☎ IM / Call | ⊘ Block User |
| 👥 Add to Group | ⚐ Rank User |

**MySpace URL:**
www.myspace.com/doctorpeters

### Martha Jo's Interests

| General | I love money, painting and most of all making soups. |
| Music | If you had me for drawing and painting you could always find me playing Enya, Spice Girls, 311, Constantine Morales, and i just love Sophie B Hawkins! |
| Movies | i love all movies differing from horror to comedy, but none of that romance mumbo jumbo. |
| Television | i love c-span, mad money, desperate housewives, real world, fear factor, and date my mom. |
| Books | i love all books about money. |
| Heroes | ☒   if only this man were real |

### Martha Jo's Details

| Status: | Divorced |
| Here for: | Networking, Dating, Serious Relationships, Friends |
| Orientation: | Not Sure |
| Hometown: | Temecula |
| Body type: | 4' 7" |

---

### Martha Jo is in your extended network
view more

**Martha Jo's Latest Blog Entry  [Subscribe to this Blog]**

**[View All Blog Entries]**

#### Martha Jo's Blurbs

**About me:**
Hi my name is Martha Jo. I used to be a teacher. I now am a stock broker, and a damn good one at that (pardon my french). I am a simple woman with simple needs. I love money, discussing money, looking at money, and playing with money. If you want to get to know me more visit my live journal, my link is

http://pabloescobah.livejournal.com/

I hope to start talking to you soon

**Who I'd like to meet:**
Id like to meet a wealthy guy who is wise with his money, and wise with other things as well, you girls know what i mean. I would also like to meet a scholar in a trade association who understands demeaning value, constitutional rights, and appendage reattachment.

#### Martha Jo's Friend Space (Top 1)

**Martha Jo has 1 friends.**

Tom



View Martha Jo's Friends:All | Online | New

**Martha Jo's Friends Comments**

Displaying 18 of 18 comments ( View All | Add Comment )

| chabbley | May 9 2009 4:33 PM |

| | |
|---|---|
| Zodiac Sign: | Gemini |
| Smoke / Drink: | No / Yes |
| Children: | I don't want kids |
| Occupation: | Stock Broker Baybeh! |
| Income: | $250,000 and Higher |



chabbley

**May 1 2009 1:22 PM**

chabbley

**May 8 2008 1:33 AM**

did you get a million yet you old goat?

chabbley

**Apr 21 2008 4:54 PM**



| Kevin | **Aug 8 2007 5:32 PM** |
|---|---|
| | call me u old fuck |

| Kevin | **Aug 8 2007 5:31 PM** |
|---|---|
| | 951 area code |

| Kevin | **Aug 8 2007 5:31 PM** |
|---|---|
| | 515 6187 |

| chabbley | **Jun 14 2007 1:45 PM** |
|---|---|
| | Happy birthday you dirty fuckin whore... |
| | call me- |
| | 951-973-2159 |
| | ask 4 elaina, shes my operator... |

| chabbley | **May 22 2007 9:00 AM** |
|---|---|
| | call me, i got a new numba' |
| | 951-751-5271 |



ask for kevin baldwin.

**chabbley**

**Mar 1 2007 3:57 PM**

call me.

951-345-2324

**chabbley**

**Mar 1 2007 3:57 PM**

http://www.myspace.com/wickedxwisdomx

**chabbley**

**Feb 15 2007 12:05 PM**

simply piss all over my face!

**chabbley**

**Feb 6 2007 1:44 PM**

how are your tits? hangin'in there? haha... get it?

**chabbley**

**Feb 4 2007 2:16 PM**

HEY! not to sound wierd or anything but I was on my friends computer playing with thier



myspace (since i dont have an account of my own) and I saw your page :). Just looking for someone to have fun with online. I have my profile setup on this other site that is like myspace but for webcam users. You dont need one to join and its free. But you could come and watch me. I hope that dont sound slutty but its a huge turn on :) and I think after you see what i do on my cam you will be turned on too hehe. Ok anyway **click here** if you like my pic and want to have a bit of fun :) Im almost always online. <3 Madison

🔥 Online Now!

My Pic:

chabbley

**Jan 28 2007 7:28 PM**

where in the fuck are you you slut. you better not be dead.

Kevin

**Sep 7 2006 11:33 PM**

fuck me fuck me fuck me fuck me fuck me fuck me fuck me fuck me fuck me fuck me fuck me fuck me fuck me fuck me fuck me fuck me fuck me fuck me fuck me fuck me

Kevin

**Sep 7 2006 11:30 PM**

fuck me you old lady

chabbley

**Aug 22 2006 3:41 PM**

wheres you url. how do you expect me to spread the word DP?

get a url!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Add Comment

**<u>Reasons why Judge David Cohn is not immune from being sued for abuse of discretion or obstruction of justice in the wrongful order declaring the Plaintiff Martha Jo Peters vexatious</u>**

**<u>The Supreme Court has formulated the two-prong functional test to determine whether an act is judicial under which immunity is absolute: the tests of normal function and jurisdiction.</u>**

1. **<u>The first prong of the functional approach asks whether the function is one normally performed by a judge. Stump, 435 U.S. at 362</u>**

This court also has held that the initiation of accusatory processes, such as criminal or civil contempt proceedings, is a non-judicial act that may subject a judge to liability. Sevier v. Turner, 742 F.2d 262, 272 (6th Cir.1984).

The vexatious litigant motion and declaration is also an accusatory process which denies the accused constitutional rights and severely restricts any actions to proceed with the case which sparked such an accusation. It carries with it the threat of criminal contempt, therefore the judge which imposes such a declaration may be subject to liability if he in fact holds no jurisdiction to preside over such an accusatory action or ruling. The Plaintiff was required to attend two hearings based upon a vexatious litigation claim by the Defendants in this case (including the State Attorney herself, joined with Defendant Rupert Murdoch, who ruined the Plaintiff's reputation and employability for almost five years to date.). In these two hearings, the Judge heard all the other scheduled hearings first, leaving the Plaintiff's hearing until the last, when there was no one in the courtroom other than herself, the Defense attorneys and the court staff. Thus in both hearings there were no uninvolved persons to witness what took place in that courtroom. The entire scenario, from the initiation of the motion to the surprise transfer of the case to San Bernardino, to the prolonged stay of the complaint, to the deliberate arranging of

the hearing so that no one saw what transpired, to the denial of the presentation of evidence in the hearing, to the lack of jurisdiction of the Judge and that court, was a farce which should be condemned. The Plaintiff had requested that the complaint she filed against Murdoch and the judicial officials be transferred to a federal court, on grounds that the complaint presented criminal violations by the named defendants. Her request was disregarded and instead the key defendant Murdoch, along with the State Attorney General, and the judicial officials named, joined together to file a motion to have her declared vexatious simply because she had filed a lawsuit claiming abuses of discretion and obstructions of justice primarily stemming from her earlier efforts to attain justice against damages done to her by Rupert Murdoch. The defendants used the very complaints filed against them in this suit as alleged excessive motions in order to support their vexatious allegation, when in fact the complaints against the judges had been only recently filed and not a single hearing had yet been conducted and no motions had yet been made pertaining to those complaints at all. So the retaliatory motion to punish the Plaintiff for trying to call the judicial officials to account and by Rupert Murdoch to escape liability for the incredible damages he had done to her was carried out on ridiculous and invalid premises.

The Plaintiff justifiably commented to the judge during the proceedings, that she felt "like she had stepped back hundreds of years to the days of the inquisition", when a person was dragged before a tormentor to be questioned and tortured whether guilty or not". She asked Judge Cohn how much he had been paid to be the 'hatchet man', for surely he would not be doing such things unless he had been paid (or was going to be awarded with that assignment to the appeals court that someone had told her he wanted.) She stated that he was doing a very good job of creating the illusion of fairness when in fact there was nothing fair about what was being done. Allowing her to talk for an extensive time is no indication of fairness when the decision to unjustly without jurisdiction to declare her vexatious was already an agreed upon action, no matter what she said or what evidence she might have been allowed to present. Someone needs to step up and turn this dreadful ruination of the Plaintiff around and actually hold the criminal defendants to account for the massive damages they have done to her life, her income,

and her emotional / psychological state. She has been counseled for post traumatic disorder, depression, anxiety, and sleeplessness and recommendations have been made by her examining physicians that she be provided with counseling on an on basis. In short, her life has been pillaged and trampled.

Judge  Cohn held that the complaints filed against the judges of the Riverside Superior Court met the clause of the vexatious litigant statute which imposes vexatiousness upon a Plaintiff for filing excessive motions in order to delay or confuse judicial proceedings. In fact, the complaints were lawsuits filed for which not a single hearing had yet been held, and a complaint is not a motion, thus the complaints filed cannot be held to be an excessive number of motions. Further, he held that the voluntary dismissal of a law firm as a defendant in a legal malpractice complaint the Plaintiff had filed was an adverse ruling. In fact, the law does not allow the dismissal of a the employing law firm in a legal malpractice lawsuit, because the law firm has liability under the doctrine of respondeat superior. Therefore the dismissal was not allowed under the law and thus not an adverse ruling against the Plaintiff, because the dismissal was ineffective under the law. That left only four alleged rulings against the Plaintiff, and one of those four was improperly claimed as adverse when in fact the Plaintiff had won a default judgment against one of the defendants in the complaint, so it cannot be said that the complaint resulted in an adverse ruling. Because Judge Cohn trespassed on the law by ignoring and distorting the provisions of the Vexatious Litigant statute, he lost jurisdiction and his ruling must be declared void immediately, with the consequent removal of the Plaintiff from the list of vexatious litigants.

## 2. The second prong of a judicial immunity inquiry is actions by a judge which are done in complete absence of jurisdiction. Mireles, 502 U.S. at 12, 112 S.Ct. at 288

A civil court judge has no jurisdiction over criminal complaints, and any action by such a judge would be done in complete absence of jurisdiction, with the consequence

that the judge would not have absolute immunity for any rulings or orders he has issued which are harmful to the part(ies) involved in the matter. The judge who undertakes to preside over an action over which he holds no jurisdiction loses absolute immunity. ." King v. Love, 766 F.2d 962, 966 (6th Cir.), cert. denied, 474 U.S. 971, 106 S. Ct. 351, 88 L.Ed.2d 320 (1985).

In the Peters v. Rupert Murdoch case, the complaints include violations of federal criminal statutes. Therefore the proper jurisdiction is a criminal court, with a judge who holds jurisdiction over criminal matters. The case was arbitrarily transferred by the Riverside Superior Court to the San Bernardino Superior Court, both having jurisdiction over civil complaints. The proper judicial forum for the complaint is a criminal court, most particularly a criminal court where diversity jurisdiction cases are dealt with. The Riverside Superior Court acted on its own initiative to assign the case filed by the Plaintiff to a court in another county where she does not reside. This was an improper transfer to an improper court. The Plaintiff has included in her complaint her intent to act as a Private Attorney General in order to undertake the prosecution of criminal acts which both the District Attorney and the State Attorney General have failed under their legal obligations to undertake. Because this is a criminal complaint, presenting claims of violations of a number of federal criminal statutes, the San Bernardino Superior Court, a civil court, and Judge Cohn, a Superior Court judge of that court, have no jurisdiction to hold any heareings nor to issue any orders or rulings related to the complaints presented by the Plaintiff. The Plaintiff hereby demands her right to act as Private Attorney General, with the proviso that the District Attorney or the State Attorney General has the power to assume their legislated duty to prosecute the criminal complaints. A copy of this document and statements therein has been forwarded to Robert Mueller, Director of the FBI, and to Eric Holder, Federal Attorney General of the United States. An additional copy has been sent to Eliot Spitzer, who has also recently demanded that Mr. Holder prosecute Rupert Murdoch and his companies under the Foreign Corrupt Practices Act.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) | **DEFENDANTS** |
| *MARTHA JO PETERS* | *RUPERT MURDOCH et al* |

| | |
|---|---|
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
| *MARTHA JO PETERS GENERAL DELIVERY 27931 RADFORD DR SUN CITY CA 92586* | *KEVIN VICK BOSTWICK + JASSY*  } *SEE SERVICE LIST OF PARTIES/ATT* |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)  *AS DETERMINED-*

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  **MONEY DEMANDED IN COMPLAINT: $** *UP TO 30 MILLION*

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.) *ACT 0 1 2008*
*IDENTITY THEFT / DISTRIBUTION OF OBSCENE CONTENT-*

**VII. NATURE OF SUIT** (Place an X in one box only.) *FED. IDENTITY THEFT AND RESTITUTION ACT OF 2008*

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

*ED CV 13 - 01022*

**FOR OFFICE USE ONLY:** Case Number:

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

| | | |
|---|---|---|
| CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2 |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| RIVERSIDE | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| DEFENDANT MURDOCH RESIDES IN NEW YORK CITY; OTHERS RESIDE IN RIVERSIDE, SAN BERNARDINO & LOS ANGELES COUNTIES | (SEE LIST OF PARTIES SEQ E |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| RIVERSIDE | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Martin J Pts_ Date _6/7/2013_

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

LODGED

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

MARTHA JO PETERS
GENERAL DELIVERY
27931 RADFORD DR.
SUN CITY CA 92586
TEL. 951-287-7116

2013 JUN -7 AM 11:50

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: _____

ATTORNEY(S) FOR: MARTHA JO PETERS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MARTHA JO PETERS

Plaintiff(s),

v.

RUPERT MURDOCH et al

Defendant(s)

CASE NUMBER:

ED CV 13 - 01022

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   MARTHA JO PETERS
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| RUPERT MURDOCH | DEFENDANT |
| NEWS CORP & ITS HOLDINGS | DEFENDANT |
| GREEN DOT CORPORATION | DEFENDANTS |
| CHAD ABBLEY | |
| KAMALA HARRIS | |
| MARTIN HAGAN | |
| RIVERSIDE SUPERIOR COURT | |
| JUDGES TAYLOR, WATERS, | |
| OTTOLIA, REIMER, VINEYARD, | |
| TRASK, COHN + COMMISSIONER | |
| BARKLEY | |

6/7/2013
Date

_Martha Jo Pe_
Signature

Attorney of record for (or name of party appearing in pro per):

MARTHA JO PETERS
_Martha Jo Pe_