1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9       FOR THE CENTRAL DISTRICT OF CALIFORNIA –   WESTERN DIVISION

10

11  MARTHA JO PETERS,                    Case No. 5:13-cv-01022-R

12              Plaintiff,
                                         Judge:   Hon. Manuel L. Real
13       v.

14  RUPERT MURDOCH, NEWS                 **JUDGMENT**
    CORPS & ITS HOLDINGS; GREEN
15  DOT CORPORATION; CHAD
    ABBLEY; KAMALA HARRIS;
16  MARTIN HAGAN; RIVERSIDE
    SUPERIOR COURT; JUDGE
17  RONALD TAYLOR; JUDGE
    SHARON WATERS; JUDGE
18  DANIEL OTTOLIA; JUDGE CRAIG
    REIMER; JUDGE JOHN
19  VINEYARD; JUDGE GLORIA
    TRASK; COMMISSIONER
20  BARKLEY; JUDGE DAVID COHN

21              Defendants.

22

23       This Court after having taken all motions to dismiss filed by all defendants

24  under submission and after considering all arguments in favor of and against the

25  motions to dismiss, renders judgment as follows:

26
27
28

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff's Complaint is dismissed with prejudice in its entirety as the court finds that no amendment can cure any of the defects to state a claim for relief;
2. Plaintiff shall take nothing on her complaint and Defendants shall have judgment entered in their favor and against Plaintiff on all claims; and
3. Defendants are entitled to their costs as allowable by law.

**IT IS SO ORDERED.**

**Dated:_December 10, 2013__**

_____

**UNITED STATES DISTRICT JUDGE**