O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA JO PETERS,<br><br>            Plaintiff,<br><br>    v.<br><br>EMPLOYMENT DEVELOPMENT DEPT. OF CALIFORNIA, et al.,<br><br>           Defendants. | Case Nos.<br>EDCV 13-01628-VAP (OPx)<br>EDCV 13-01022-R (SPx)<br><br>**ORDER DENYING PLAINTIFF'S THIRD MOTION FOR RECONSIDERATION OF ORDER DECLARING HER TO BE A VEXATIOUS LITIGANT**<br><br>**[Motion filed on May 20, 2015]** |

On May 20, 2015, Plaintiff Martha Jo Peters ("Peters") filed an "Equitable Motion to Void Ab Initio and to Vacate the Two Orders Declaring the Plaintiff a Vexatious Litigant and Dismissing Her Complaints" ("Motion").[1]  This same motion was filed previously by

---

[1] Though Peters's Motion bears the case number "EDCV-13-1022-R(SPx)," because the Motion seeks reconsideration of the order declaring her to be a vexatious litigant, which was entered in the case number EDCV 13-01628-VAP (OPx), the Motion is properly before the undersigned.

Peters on March 16, 2015; the Motion bears a stamp from the Clerk's office indicating that it was lodged with the Court on that date.

The Court denied that motion on March 24, 2015, because Peters had provided no valid basis for the Court to reconsider its prior order declaring her a vexatious litigant. (Doc. No. 49.) The Court mailed this order to Peters on or about March 24, 2015, but it was mailed back "return to sender" on April 17, 2015. (Doc. No. 55.)

As the instant Motion is identical in substance to a motion the Court denied previously, the Court again DENIES the Motion.

Dated: June 9, 2015

VIRGINIA A. PHILLIPS
United States District Judge

2